IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY COLE,

        Plaintiff,

    vs.                           Case No. 11-cv-725-JPG-PMF

DR. MAGID FAHIM,

        Defendant.

## MEMORANDUM AND ORDER

Plaintiff Ricky Cole filed motions for status (Docs. 73 & 74) while he is represented by counsel.  A defendant does not have a right to file his own motions when he is represented by counsel.  *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).  "Representation by counsel and self-representation are mutually exclusive."  *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden.  *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions.  *See, e.g.*, *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).  The Court hereby **ORDERS** that Cole's *pro se* motions (Docs. 73 & 74) be **STRICKEN**.

**IT IS SO ORDERED.**

**DATED:** March 17, 2014

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**